**Dismissed and Memorandum Opinion filed January 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00981-CR

_____

**ANDRE DWAYNE SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1323154**

## M E M O R A N D U M   O P I N I O N

Appellant entered a "guilty" plea to robbery. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on October 13, 2011, to confinement for three years in the Institutional Division of the Texas Department of Criminal Justice.   We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.   *See* Tex. R. App. P. 25.2(a)(2).   The trial court's certification is included in the record on

appeal.  *See* Tex. R. App. P. 25.2(d).  The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.
Do Not Publish -- Tex. R. App. P. 47.2(b).